1  **PERKINS COIE LLP**
   Bobbie J. Wilson, Cal. Bar No. 148317
2  *BWilson@perkinscoie.com*
   Sunita Bali, Cal. Bar No. 274108
3  *SBali@perkinscoie.com*
   Mara Boundy, Cal. Bar No. 287109
4  *MBoundy@perkinscoie.com*
   505 Howard Street, Suite 1000
5  San Francisco, CA  94105
   Telephone: 415.344.7000
6  Facsimile:  415.344.7050

7  Susan D. Fahringer, Cal. Bar No. 162978
   *SFahringer@perkinscoie.com*
8  1201 Third Avenue, Suite 4900
   Seattle, WA 98101
9  Telephone: (206) 359-8000
   Facsimile: (206) 359-9000
10
   Attorneys for Defendant
11 GOOGLE LLC

APPROVED
/s/ Beth Labson Freeman
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendant. | Case No. 5:20-cv-04696-BLF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT GOOGLE LLC TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Current Response Date:　August 14, 2020<br>New Response Date:　　September 23, 2020 |

# STIPULATION

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Steven Vance and Tim Janecyk ("Plaintiffs"), and Defendant Google LLC ("Defendant"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs filed a Class Action Complaint on July 14, 2020 (Dkt. 1);

2. WHEREAS, Defendant's current deadline to answer or otherwise respond to Plaintiffs' Class Action Complaint is August 14, 2020;

3. WHEREAS, the parties have agreed to extend Defendant's deadline to respond to the Class Action Complaint to September 23, 2020;

5. WHEREAS none of the above deadlines alter the date of any event or any deadline that is already fixed by Court order.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties as follows:

1. Defendant's deadline to respond to the Class Action Complaint is September 23, 2020.

**IT IS SO STIPULATED.**

DATED:  August 7, 2020         **PERKINS COIE LLP**

By: */s/ Mara Boundy*
    Bobbie J. Wilson
    Susan D. Fahringer
    Sunita Bali
    Mara Boundy

Attorneys for Defendant
GOOGLE LLC

DATED:  August 7, 2020

By: */s/ Nicholas R. Lange*

Megan Pierce (SBN 314044)
Michael Kanovitz (*pro hac vice*)
Scott R. Drury (*pro hac vice*)
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 253-5900 (phone)

|   |   |
|---|---|
| 1 | (312) 243-5902 (facsimile) |
| 2 | *megan@loevy.com* |
|   | *mike@loevy.com* |
| 3 | *drury@loevy.com* |

Gary Lynch (*pro hac vice*)
Todd Carpenter (SBN 234464)
Katrina Carroll (*pro hac vice*)
Kyle A. Shamberg (*pro hac vice* application forthcoming)
Nicholas R. Lange (*pro hac vice*)
**CARLSON LYNCH LLP**
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
(312) 750-1265 (phone)
*glynch@carlsonlynch.com*
*tcarpenter@carlsonlynch.com*
*kcarroll@carlsonlynch.com*
*kshamberg@carlsonlynch.com*
*nlange@carlsonlynch.com*

Attorneys for Plaintiffs and the proposed class

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                                */s/ Mara Boundy*
                                                                 Mara Boundy