**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STEVEN VANCE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-04696-BLF<br><br>**ORDER VACATING MOTION HEARING SET FOR FEBRUARY 18, 2021** |

Pursuant to Civil Local Rule 7-1(b), this Court finds the pending Motion to Dismiss and Motion to Stay suitable for decision without oral argument and hereby VACATES the hearing set for February 18, 2021.

**IT IS SO ORDERED.**

Dated: February 11, 2021

_____
BETH LABSON FREEMAN
United States District Judge