Megan Pierce (SBN 314044)
Michael Kanovitz (*pro hac vice*)
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 253-5900 (phone)
(312) 243-5902 (facsimile)
megan@loevy.com
mike@loevy.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>            Defendant. | Case No. 5:20-cv-04696BLF<br><br>**MOTION TO WITHDRAW ATTORNEY APPEARANCE** |

    Mike Kanovitz, as an attorney of Loevy & Loevy, hereby moves this Court for leave to withdraw as counsel for Plaintiffs. In support, the undersigned counsel states as follows:

1. Mike Kanovitz requests to withdraw from this case as an attorney for Plaintiffs.

2. Scott Drury continues to represent Plaintiffs.

Dated: October 4, 2022

Respectfully submitted,

By:    /s/     Mike Kanovitz

Mike Kanovitz
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900

Dated: October 4, 2022

,

By:   /s/ Michael Kanovitz

Megan Pierce (SBN 314044)
Michael Kanovitz (*pro hac vice*)
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 253-5900 (phone)
*megan@loevy.com*
*mike@loevy.com*

PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS - Page 1

CARLSON LYNCH LLP
1350 Columbia Street, Suite 603
SAN DIEGO, CALIFORNIA 92101
T: (619) 762-1910