**PERKINS COIE LLP**
Bobbie J. Wilson, Cal. Bar No. 148317
*BWilson@perkinscoie.com*
Sunita Bali, Cal. Bar No. 274108
*SBali@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Susan D. Fahringer, Cal. Bar No. 162978
*SFahringer@perkinscoie.com*
Lauren J. Tsuji, Cal. Bar No. 300155
*LTsuji@perkinscoie.com*
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,

Plaintiffs,

v.

GOOGLE LLC, a Delaware limited liability company,

Defendant.

Case No. 5:20-cv-04696-BLF

**JOINT STATUS REPORT**

Judge: Hon. Beth Labson Freeman

Pursuant to the Court's May 26, 2023 Order Extending Stay (Dkt. No. 83) ("Order"), Plaintiffs Steven Vance and Tim Janecyk ("Plaintiffs") and Defendant Google LLC ("Google"), by and through their undersigned counsel, submit this Joint Status Report.

**CASE STATUS**

Pursuant to the Court's Order, this case is currently stayed until August 28, 2023. Since that Order was entered, Plaintiffs and Defendant have continued to meet and confer regarding the status of the case and, based on those efforts, respectfully request that the Court: (a) keep the existing stay in place to allow the parties to further meet and confer regarding all aspects of the case; and (b) order the parties to submit another Joint Status Report by July 21, 2023.

DATED: June 22, 2023

**PERKINS COIE LLP**

By: *_/s/ Sunita Bali_*
Sunita Bali

Bobbie J. Wilson, Cal. Bar No. 148317
*BWilson@perkinscoie.com*
Sunita Bali, Cal. Bar No. 274108
*SBali@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Susan D. Fahringer, Cal. Bar No. 162978
*SFahringer@perkinscoie.com*
Lauren J. Tsuji, Cal. Bar No. 300155
*LTsuji@perkinscoie.com*
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendant
GOOGLE LLC

DATED: June 22, 2023

By: */s/ Gary Lynch*

Gary Lynch (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com

Todd D. Carpenter, Cal. Bar No. 234464
**LYNCH CARPENTER LLP**
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1920
Email: tcarpenter@lcllp.com

Katrina Carroll (*pro hac vice*)
**LYNCH CARPENTER LLP**
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
Telephone: (312) 750-1265
Email: katrina@lcllp.com

Scott R. Drury
**DRURY LEGAL, LLC**
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
Email: scott@drurylegal.com

Attorneys for Plaintiffs