**LYNCH CARPENTER LLP**
Gary Lynch (*pro hac vice*)
Jamisen A. Etzel (*pro hac vice*)
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com
jamisen@lcllp.com

Scott R. Drury (State Bar No. 355002)
**DRURY LEGAL, LLC**
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
Email: scott@drurylegal.com

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 5:20-cv-04696-BLF<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree to the dismissal of this action without prejudice, with each party to bear its own costs and attorneys' fees. The parties request that the Court retain jurisdiction over this action for a period of 60 days, solely for the purpose of enforcing the terms of the parties' settlement agreement. Within 60 days—provided that all parties have complied with their obligations under that agreement—the parties will file a stipulation of dismissal *with* prejudice.

Dated: October 10, 2025

Respectfully submitted,

By:  s/ Jamisen A. Etzel
Gary F. Lynch (*pro hac vice*)
Jamisen A. Etzel (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com
jamisen@lcllp.com

Scott R. Drury
(State Bar. No. 355002)
**DRURY LEGAL, LLC**
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
Email: scott@drurylegal.com

Todd D. Carpenter, Cal. Bar No. 234464
**LYNCH CARPENTER LLP**
1234 Camino Del Mar
Del Mar, California 92014
Telephone: (619) 762-1920
Email: tcarpenter@lcllp.com

*Attorneys for Plaintiffs*

By:   /s/ Sunita Bali
**PERKINS COIE LLP**
Bobbie J. Wilson, Cal. Bar No. 148317
BWilson@perkinscoie.com
Sunita Bali, Cal. Bar No. 274108
SBali@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Susan D. Fahringer
Cal. Bar No. 162978
SFahringer@perkinscoie.com
Lauren J. Tsuji, Cal. Bar No. 300155
LTsuji@perkinscoie.com
Anna M. Thompson (pro hac vice)
AnnaThompson@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Attorneys for Defendant*
GOOGLE LLC